114

## Martha Ehrenwerth, Executrix, Appellee, v. Carrie Moog, Appellant.

### Gen. No. 40,655.

opinion filed October 31, 1939; rehearing denied and additional opinion filed November 15, 1939. Herbert M. Wetzel and William J. Earley, for appellant; George H. Sugrue, of counsel; Heile, Cavender, Milchrist & Kaiser, for appellee. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''

## John Wielgosiak and Lottie Wielgosiak, Appellees, v. Best Built Company, Appellant.

### Gen. No. 40,708.

opinion filed October 31, 1939. Joseph B. Bergman, for appellant; Joseph B. Bergman and Samuel J. Sherman, of counsel; Edward A. Sinden, for appellees. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''